1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*MADE JS-6*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL KLIEN,

       Plaintiff,

    v.

ITT EDUCATIONAL SERVICES INC; DOES 1-50 INCLUSIVE,

      Defendants.

Case No. CV 12-00929-GW(PJWx)

**ORDER RE DISMISSAL WITH PREJUDICE**

Complaint Filed: December 22, 2011
Trial Date:     None Set
Judge:       Hon. George H. Wu

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice, each party to bear their own costs, expenses and attorneys fees.

DATED:  May 24, 2012                              By:_____

                                                              George H. Wu
                                                UNITED STATES DISTRICT COURT

12095428.1 (OGLETREE)

Case No. CV 12-00929 GW (PJWx)

**[PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**